| | |
|---|---|
| 1 | TIMOTHY COURCHAINE |
| | United States Attorney |
| 2 | District of Arizona |
| 3 | BENJAMIN GOLDBERG |
| | Assistant United States Attorney |
| 4 | New York State Bar No. 5346838 |
| | Two Renaissance Square |
| 5 | 40 N. Central Ave., Suite 1800 |
| | Phoenix, Arizona 85004 |
| 6 | Telephone: 602-514-7500 |
| | Email: Ben.Goldberg@usdoj.gov |
| 7 | Attorneys for Plaintiff |

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 20 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-25-00773-PHX-DWL (JZB) |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 924(a)(1)(A) (False Statement During the Purchase of a Firearm) Counts 1 – 16 |
| Brian Jesus Medina Villalobos, | |
| Defendant. | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (Material False Statement During the Purchase of a Firearm) Counts 17-26 |

**THE GRAND JURY CHARGES:**

**COUNTS 1 - 16**

On or about the dates listed below, in the District of Arizona, Defendant, BRIAN JESUS MEDINA VILLALOBOS knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant BRIAN JESUS MEDINA VILLALOBOS did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms

Transaction Record, in each of the counts below, stating that Defendant BRIAN JESUS MEDINA VILLALOBOS resided at an address on W. Flanagan Street, in Cashion, Arizona, whereas in truth and fact, Defendant BRIAN JESUS MEDINA VILLALOBOS knew that he resided at a different address:

| Count | Date | Business (FFL) |
|---|---|---|
| 1 | February 24, 2024 | Refiners Firearms, LLC |
| 2 | February 24, 2024 | Outlaw Larry's |
| 3 | March 29, 2024 | AZ Elite Ballistic |
| 4 | March 29, 2024 | MLS Arms LLC |
| 5 | August 9, 2024 | Arizona State Armory |
| 6 | December 6, 2024 | Harris Brothers Tactical |
| 7 | December 13, 2024 | MLS Arms LLC |
| 8 | December 13, 2024 | SWH Enterprise LLC |
| 9 | December 17, 2024 | MMP Guns LLC |
| 10 | December 17, 2024 | Acosta Systems |
| 11 | May 9, 2025 | Harris Brothers Tactical |
| 12 | May 9, 2025 | Phoenix Gun Co. |
| 13 | May 9, 2025 | AZ Elite Ballistic |
| 14 | May 9, 2025 | North Phoenix Pawn |
| 15 | May 11, 2025 | Transfer Tactical |
| 16 | May 13, 2025 | Glendale Pawn & Jewelry |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNTS 17-26**

On or about the dates below, in the District of Arizona, Defendant, BRIAN JESUS MEDINA VILLALOBOS knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a

sale of a firearm by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, in that Defendant BRIAN JESUS MEDINA VILLALOBOS did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating he was the actual transferee/buyer, whereas in truth and fact, he knew that he was purchasing the firearms for someone else:

| Count | Date | Business (FFL) |
| --- | --- | --- |
| 17 | February 24, 2024 | Refiners Firearms, LLC |
| 18 | February 24, 2024 | Outlaw Larry's |
| 19 | March 29, 2024 | AZ Elite Ballistic |
| 20 | March 29, 2024 | MLS Arms LLC |
| 21 | August 9, 2024 | Arizona State Armory |
| 22 | December 6, 2024 | Harris Brothers Tactical |
| 23 | December 13, 2024 | MLS Arms LLC |
| 24 | December 13, 2024 | SWH Enterprise LLC |
| 25 | December 17, 2024 | MMP Guns LLC |
| 26 | December 17, 2024 | Acosta Systems |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: May 20, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
BENJAMIN GOLDBERG
Assistant U.S. Attorney